**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Delaware_____
(State)

Case number (*If known*): __23-_____ ( )_____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Hosting Intellect, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | N/a |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 4 6 – 5 2 6 8 4 3 5 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 5051 Peachtree Corners Circle | |
| Number    Street | Number    Street |
| Suite 200 | |
| | P.O. Box |
| Norcross              GA      30092 | |
| City              State    ZIP Code | City              State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Gwinnett County | |
| County | Number    Street |
| | |
| | City              State    ZIP Code |

5. **Debtor's website** (URL)    hostingintellect.com; inap.com

Debtor ___Hosting Intellect, LLC_____   Case number (*if known*)_____23-_____( )____
             Name

| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
|   |   | ☐ Partnership (excluding LLP) |
|   |   | ☐ Other. Specify: _____ |

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_5_ _4_ _1_ _5_

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | | |
|---|---|---|
| Debtor | Hosting Intellect, LLC | Case number *(if known)* 23-____ ( ) |
| | Name | |

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No
☒ Yes.  District __Southern District of New York__  When __03/16/2020__  Case number __20-22398__
                                                         MM / DD / YYYY

         District _____  When _____  Case number _____
                                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor __See Schedule 1__  Relationship __See Schedule 1__
         District __Delaware__   When __04/28/2023__
                                      MM / DD / YYYY
         Case number, if known __23-____ ( )__

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other _____

   **Where is the property?** _____
                              Number    Street

                              _____

                              _____  _____  _____
                              City                          State  ZIP Code

   **Is the property insured?**

   ☐ No
   ☐ Yes. Insurance agency _____

          Contact name _____

          Phone _____

---

**Statistical and administrative information**

Debtor    Hosting Intellect, LLC
          Name

Case number (*if known*)    23-_____ ( )

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |
| **14. Estimated number of creditors** | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15. Estimated assets** | ☒ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☒ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/28/2023
              MM / DD / YYYY

✗  /s/ Michael T. Sicoli                                    Michael T. Sicoli
   Signature of authorized representative of debtor          Printed name

   Title   Chief Executive Officer

Debtor  Hosting Intellect, LLC
        Name                                                   Case number (if known)              23-_____ ( )

**18. Signature of attorney**    ✗ /s/ Monique B. DiSabatino          Date   04/28/2023
                                    Signature of attorney for debtor           MM / DD / YYYY

Monique B. DiSabatino
Printed name
Saul Ewing LLP
Firm name
1201 North Market St., Suite 2300, P.O. Box 1266
Number     Street
Wilmington                                      DE          19899
City                                            State       ZIP Code

(302) 421- 6840                                 monique.disabatino@saul.com
Contact phone                                   Email address

6027                                            DE
Bar number                                      State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **5**

**Schedule 1**

Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

      On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case, filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). A motion will be filed with the Court requesting that the chapter 11 cases of each entity listed below be consolidated for procedural purposes only and jointly administered, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, under the case number assigned to the chapter 11 case of Internap Holding LLC.

| COMPANY |
| :---: |
| Internap Holding LLC |
| Singlehop LLC |
| Hosting Intellect, LLC |
| Datagram LLC |

# RESOLUTIONS OF THE BOARD OF DIRECTORS OF INTERNAP HOLDING LLC

## April 24, 2023

**WHEREAS**, the undersigned, representing each of the directors of the Board of Directors (the "**Board**") of Internap Holding LLC ("**Internap**"), a Delaware limited liability company, hereby adopt the following resolutions by written consent;

**WHEREAS**, the Board of Internap, having considered the financial and operational conditions and strategic alternatives of Internap, and having reviewed, considered and received the recommendation of senior management to Internap and the advice of Internap's professionals and advisors with respect to the options available to Internap, including, without limitation, a filing under chapter 11 of the United States Code (the "**Bankruptcy Code**"), has determined that it is desirable and in the best interests of Internap, its creditors and employees and other interested parties that a petition be filed by Internap and each of Singlehop LLC, Hosting Intellect, LLC, and Datagram LLC (each Delaware limited liability companies, and collectively with Internap, "**INAP**"), seeking relief under the provisions of chapter 11 of the Bankruptcy Code;

**NOW THEREFORE, BE IT**

**RESOLVED**, that Internap Holding LLC, Singlehop LLC, Hosting Intellect, LLC, and Datagram LLC are authorized and empowered to file petitions seeking relief under the provisions of chapter 11 of the Bankruptcy Code, in the United Bankruptcy Court for the District of Delaware;

**RESOLVED**, that Internap Holding LLC, Singlehop LLC, Hosting Intellect, LLC, and Datagram LLC (collectively, the "**Company Parties**") are authorized and empowered to enter into and perform the obligations contemplated under that certain Restructuring Support Agreement (the "**RSA**") by and between the Company Parties and the consenting lenders party thereto, and pursuant to that certain RSA, to effectuate a restructuring of the Company Parties in INAP's chapter 11 cases;

**RESOLVED**, that the Company Parties are authorized and empowered to enter into and perform the obligations contemplated under that certain Amendment No. 5 to Second Out Term Loan Credit Agreement (the "**SOTL Amendment**"), amending the Second Out Term Loan Credit Agreement dated as of May 8, 2020 (the "**SOTL Agreement**") by and among Internap Holding LLC, the guarantors party thereto, and the consenting lenders party thereto, to address the pre-petition prepayment to the Lenders in the amount of $35 million, among other obligations;

**RESOLVED**, that members of the Board, INAP's officers, and any other person designated and so authorized to act by a director or officer of INAP (each an "**Authorized Person**" and, collectively, the "**Authorized Persons**") hereby are, and each of them is, authorized and empowered to: (i) execute, verify and file on behalf of INAP all documents necessary or appropriate in connection with the filing of INAP's chapter 11 petitions, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with such chapter 11 petition; (ii) take and perform any and all actions deemed necessary and proper to obtain such

relief as authorized herein and in connection with INAP's chapter 11 cases; (iii) appear as necessary at all bankruptcy proceedings on behalf of INAP; and (iv) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein;

**RESOLVED**, that each Authorized Person hereby is authorized and empowered to execute and deliver the RSA and the SOTL Amendment and any documentation required to evidence the foregoing resolutions in the name of and on behalf of INAP, and to take all such further actions and to do all such things with respect to the RSA and SOTL Amendment, including, without limitation, paying all such fees and expenses, and arranging for, entering into, executing, and delivering all such further agreements, instruments, documents and certificates relating to any of the RSA or the SOTL Amendment or the transactions contemplated thereunder, in the name and on behalf of INAP, which shall in their sole judgment be necessary, proper, or advisable in order to perform INAP's obligations under or in connection with the RSA or the SOTL Amendment and the transactions contemplated therein, and to carry out fully the intent and effectuate the purposes of this and the foregoing resolutions; and that any and all such further actions heretofore taken or things heretofore done by any Authorized Person be, and they hereby are, ratified and approved in all respects;

**RESOLVED**, that the law firm of Jenner & Block LLP, be and hereby is employed as attorneys for INAP in INAP's chapter 11 cases, subject to approval by the Bankruptcy Court;

**RESOLVED**, that FTI Consulting, be and hereby is employed as financial advisors for INAP in INAP's chapter 11 cases, subject to approval by the Bankruptcy Court;

**RESOLVED** that Stretto, Inc., be and hereby is employed as the claims and noticing agent for INAP in INAP's chapter 11 cases, subject to approval by the Bankruptcy Court;

**RESOLVED**, that the Authorized Persons be, and hereby are, authorized and empowered to employ and retain all assistance by legal counsel, accountants, financial advisors, restructuring advisors, investment bankers, public relations professionals and other professionals, subject to approval by the Bankruptcy Court, and to perform any and all further acts and deeds the Authorized Persons deem necessary, proper, or desirable in furtherance thereof with a view to the successful prosecution of INAP's chapter 11 cases;

**RESOLVED,** that the acts, actions and transactions taken by the officers or the Board or any other Authorized Person taken prior to the date of the foregoing resolutions adopted at this meeting and within the authority conferred, are hereby ratified, confirmed, and approved in all respects as the act and deed of INAP.

IN WITNESS WHEREOF, the undersigned have executed this written consent as of the date first above written.

DIRECTORS OF THE BOARD OF INTERNAP HOLDING LLC

_John Scanlon_
John Scanlon, Chairperson

_Stephen C. Gray_
Stephen Gray

_Michael Leitner_
Michael Leitner

_Ali Marashi_
Ali Marashi

_Michael Sicoli_
Michael Sicoli

**OMNIBUS RESOLUTIONS OF
SINGLEHOP LLC
DATAGRAM LLC
HOSTING INTELLECT, LLC**

<u>Action by Written Consent</u>

**April 24, 2023**

The undersigned, being the sole members (in such capacity, collectively, the "**Members**" and each a "**Member**") of the respective company or companies, as applicable, listed on Exhibit A hereto (collectively, the "**Companies**" and each a "**Company**"), do hereby adopt the resolutions hereinafter set forth as the action of the applicable Member by written consent, and do hereby direct that this consent (this "**Consent**") be filed in the minutes of the proceedings of the applicable Company.

**WHEREAS**, the Members, having considered the financial and operational conditions and strategic alternatives of the Companies, and having reviewed, considered and received the recommendation of senior management to the Companies and Members and the advice of the Companies' and the Member's professionals and advisors with respect to the options available to the Companies, including, without limitation, a filing under chapter 11 of the United States Code (the "**Bankruptcy Code**"), has determined that it is desirable and in the best interests of the Companies, its creditors and employees and other interested parties that a petition be filed by Internap Holding LLC and each of the Companies (collectively, "**INAP**"), seeking relief under the provisions of chapter 11 of the Bankruptcy Code;

**NOW THEREFORE, BE IT**

**RESOLVED**, that each of the Companies are authorized and empowered to file petitions seeking relief under the provisions of chapter 11 of the Bankruptcy Code, in the United Bankruptcy Court for the District of Delaware;

**RESOLVED**, that each of the Companies are authorized and empowered to enter into and perform the obligations contemplated under that certain Restructuring Support Agreement (the "**RSA**") by and between Internap Holding LLC, each of the Companies, and the consenting lenders party thereto, and pursuant to that certain RSA, to effectuate a restructuring of the Companies in INAP's chapter 11 cases;

**RESOLVED**, that the Companies are authorized and empowered to enter into and perform the obligations contemplated under that certain Amendment No. 5 to Second Out Term Loan Credit Agreement (the "**SOTL Amendment**"), amending the Second Out Term Loan Credit Agreement dated as of May 8, 2020 (the "**SOTL Agreement**") by and among Internap Holding LLC, the guarantors party thereto, and the consenting lenders party thereto, to address the pre-petition prepayment to the lenders in the amount of $35 million, among other obligations;

**RESOLVED**, that the Members, INAP's officers, and any other person designated and so authorized to act by a director or officer of INAP (each an "**Authorized Person**" and, collectively, the "**Authorized Persons**") hereby are, and each of them is, authorized and empowered to: (i) execute, verify and file on behalf of INAP all documents necessary or appropriate in connection with the filing of INAP's chapter 11 petitions, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with such chapter 11 petitions; (ii) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with INAP's chapter 11 cases; (iii) appear as necessary at all bankruptcy proceedings on behalf of INAP; and (iv) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein;

**RESOLVED**, that each member of the boards of the Companies, and any other person designated and so authorized to act as a director or officer of the Companies (each an "**Authorized Person**") hereby is authorized and empowered to execute and deliver the RSA and the SOTL Amendment and any documentation required to evidence the foregoing resolutions in the name of and on behalf of INAP and the Companies, and to take all such further actions and to do all such things with respect to the RSA and SOTL Amendment, including, without limitation, paying all such fees and expenses, and arranging for, entering into, executing, and delivering all such further agreements, instruments, documents and certificates relating to any of the RSA or the SOTL Amendment or the transactions contemplated thereunder, in the name and on behalf of INAP and the Companies, which shall in their sole judgment be necessary, proper, or advisable in order to perform INAP's and the Company's obligations under or in connection with the RSA or the SOTL Amendment and the transactions contemplated therein, and to carry out fully the intent and effectuate the purposes of this and the foregoing resolutions; and that any and all such further actions heretofore taken or things heretofore done by any Authorized Person be, and they hereby are, ratified and approved in all respects;

**RESOLVED**, that the law firm of Jenner & Block LLP, be and hereby is employed as attorneys for INAP in INAP's chapter 11 cases, subject to approval by the Bankruptcy Court;

**RESOLVED**, that FTI Consulting, be and hereby is employed as financial advisors for INAP in INAP's chapter 11 cases, subject to approval by the Bankruptcy Court;

**RESOLVED** that Stretto, Inc., be and hereby is employed as the claims and noticing agent for INAP in INAP's chapter 11 cases, subject to approval by the Bankruptcy Court;

**RESOLVED**, that the Authorized Persons be, and hereby are, authorized and empowered to employ and retain all assistance by legal counsel, accountants, financial advisors, restructuring advisors, investment bankers, public relations professionals and other professionals, subject to approval by the Bankruptcy Court, and to perform any and all further acts and deeds the Authorized Persons deem necessary, proper, or desirable in furtherance thereof with a view to the successful prosecution of INAP's chapter 11 cases;

**RESOLVED,** that the acts, actions and transactions taken by the officers or the Members or any other Authorized Person taken prior to the date of the foregoing resolutions and within

-3-

the authority conferred, are hereby ratified, confirmed, and approved in all respects as the act and deed of INAP.

     IN WITNESS WHEREOF, the undersigned have executed this written consent as of the date first above written.

[Signature Page Follows]

IN WITNESS WHEREOF, the undersigned, being the sole member of Singlehop LLC, a Delaware limited liability company, has executed this Consent as of the date first written above.

**INTERNAP HOLDING LLC**

*Michael Sicoli*
_____
Michael T. Sicoli, President and Chief Executive Officer

[Signature Page to Omnibus Resolutions]

IN WITNESS WHEREOF, the undersigned, being the sole member of Datagram LLC, a Delaware limited liability company, and Hosting Intellect LLC a Delaware limited liability company, has executed this Consent as of the date first written above.

**SINGLEHOP LLC**

*Elizabeth Shenai*
Elizabeth Shenai, Secretary

[Signature Page to Omnibus Resolutions]

# Exhibit A

1. Singlehop LLC, a Delaware limited liability company
2. Datagram LLC, a Delaware limited liability company
3. Hosting Intellect, LLC, a Delaware limited liability company

**Fill in this information to identify the case:**

Debtor name  Internap Holding LLC, et al

United States Bankruptcy Court for the: _____ District of _____ (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Wilmington Trust, National Association, Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019-6099 (Attn: Weston T. Eguchi, Esq.) and Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801 (Attn: Amanda Steele, Esq.). | Amanda R. Steele, 302.651.7838, steele@rlf.com Weston T. Eguch, 212.728.8881, weguchi@willkie.com | Bank debt | | $127,778,044 | $63,100,000 | $64,678,044 |
| 2 | DIGITAL 2121 SOUTH PRICE, LLC, 7500 Metro Center Dr, Austin, TX 78744 | David Lucey, dlucey@digitalrealty.com | Lease | Contingent | | | $7,349,400 |
| 3 | Dell Marketing LP, David Halley, One Dell Way, Mail Stop 8129, Round Rock, TX 78682 | David Halley, (512) 728-6298, David_Halley@DELL.com | Trade Debt | | | | $385,521 |
| 4 | Digital Grand Avenue. LLC, 7500 Metro Center Dr, Austin, TX 78744 | David Lucey, dlucey@digitalrealty.com | Lease | Contingent | | | $378,195 |
| 5 | Trace3 Inc, PO Box 847467, Los Angeles, CA 90084-7467 | Cori Garcia, 720-668-6484, cgarcia@trace3.com | Trade Debt | | | | $359,516 |
| 6 | Unitas, 910 W Van Buren St, Suite 605, , Chicago, IL 60607 | Joss Wynne Evans , (213) 785-6200, joss.wynneevans@unitasglobal.com | TSA/Trade Debt | | | | $350,000 |
| 7 | Iron Systems, 980 Mission Ct, Fremont, CA 94539 | 408-943-8000, kawal@ironsystems.com | Trade Debt | | | | $162,265 |
| 8 | International Computer Concepts Inc. (ICC), 300 Wainwright Dr., Northbrook, IL 60062 | Steve Osher, (847) 847-3925, steveo@icc-usa.com | Trade Debt | | | | $153,252 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor    Internap Holding LLC, et al_____    Case number (*if known*)_____
          Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Evocative, EVODC-Sky Holdings, LLC 600 W 7th Street, Ste 510, Los Angeles, CA 90017 | Derek Garnier, derek@evocative.com | TSA/Lease | Disputed | | $586,551 | $723,984 |
| 10 | Nuvalo, 14611 46TH AVENUE CT NW , Gig Harbor, WA 98332 | Manon de Veritch, 408-605-6455, manon@nuvalo.com | Trade Debt | | | | $131,580 |
| 11 | Graybar Electric Company Inc, PO Box 9147, Boston, MA 02205 | 678-291-5200, customerremit@graybar.com | Trade Debt | | | | $125,278 |
| 12 | Insight Direct USA, INC, PO Box 78825, Phoenix, AZ 85062 | Marc Reynolds, (480) 409-6478, MARC.REYNOLDS@INSIGHT.COM | Trade Debt | | | | $108,941 |
| 13 | Robert Half International Inc, Bill Pisano, PO Box 743295, Los Angeles, CA 90074-3295 | Jenifer Mauney, (925) 913-1000, bill.pisano@roberthalf.com | Trade Debt | | | | $100,480 |
| 14 | Abacus Solutions, 1190 Kennestone Circle NW, Suite 120, Marietta, GA 30066 | Brian Berry, (770) 738-1135, brian.berry@abacussolutions.com | Trade Debt | | | | $83,164 |
| 15 | Crane Electronics Group, 16700 13th Ave W, Lynnwood, WA 98037 | Bob Brown, (425) 743-8664, bob.brown@craneae.com | Trade Debt | | | | $81,370 |
| 16 | Zerto Corp, 17566 Regular Mail , Palatine, IL 60055 | AR@ZERTO.COM, (617) 993-6331, AR@ZERTO.COM | Trade Debt | | | | $79,461 |
| 17 | King County Treasury, 500 4th Ave, # 600, Seattle, WA 98104 | PropertyTax.CustomerService@ kingcounty.gov, | Taxes | | | | $77,422 |
| 18 | KLDiscovery Ontrack LLC, 8201 GREENSBORO DR, Suite 300, Mc Lean, VA 22102 | DONA FOWLER, AR@KLDISCOVERY.COM | Trade Debt | Disputed | | | $61,559 |
| 19 | Avant Communications, 153 W Ohio Street Suite 500, Chicago, IL 60654 | Johnathan Anaya, janaya@goavant.net | Trade Debt | | | | $51,336 |
| 20 | National Technologies (NTI), Rick Chandler, 5101 Thatcher Rd., Downers Grove, IL 60515 | Meritt Barina, (630) 581-0560, rchandler@ntitech.com | Trade Debt | | | | $47,230 |

Official Form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims         page 2

Contingent

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INTERNAP HOLDING LLC, *et al.*, | ) | Case No. 23-____ (       ) |
| | ) | |
| Debtors.[1] | ) | (Joint Administration Requested) |
| | ) | |

**COMBINED CORPORATE OWNERSHIP STATEMENT
AND LIST OF EQUITY SECURITY HOLDERS PURSUANT TO
FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, Debtors Internap Holding, LLC ("**INAP**"), Singlehop LLC ("**Singlehop**"), Hosting Intellect, LLC ("**Hosting Intellect**"), and Datagram LLC ("**Datagram**") hereby state as follows:

1. The Equity Holders of Debtor INAP are as follows: affiliates, funds, accounts, sub-accounts, and clients managed, advised or sub-advised by The Carlyle Group (collectively, 16%), BlackRock (collectively, 15.8%), Aquiline Capital Partners (collectively, 12.4%), Benefit Street Partners (collectively, 11.6%), Brightwood Capital (collectively, 7.7%), Invesco (collectively, 7.2%), MJX Asset Management (collectively, 6.2%), Sound Point Capital (collectively, 5.7%), Seix Investment Advisors (collectively, 4.9%), PNC Bank, N.A. (collectively, 4.0%), Jeffries Finance LLC (collectively, 2.5%), Canaras Capital Management LLC (collectively, 1.9%), Octagon Credit Investors (collectively, 1.7%), Remus LLC (collectively, 0.9%), MILFAM LLC (collectively, 0.7%), Apex Credit Partners LLC (collectively, 0.5%), First Eagle (collectively 0.2%).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Internap Holding LLC (5721), Singlehop LLC (4340), Hosting Intellect LLC (8435), Datagram LLC (3170). The Debtors' address for noticing purposes is 5051 Peachtree Corners Circle, Suite 200, Norcross, GA 30092.

1

2

2.         Debtor Singlehop is owned 100% by Debtor INAP.

3.         Debtor Hosting Intellect is owned 100% by Debtor Singlehop.

4.         Debtor Datagram is owned 100% by Debtor Singlehop.

**Fill in this information to identify the case and this filing:**

Debtor Name  Internap Holding LLC, et al.

United States Bankruptcy Court for the: _____ District of  Delaware
                                                                      (State)

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❑ *Schedule H: Codebtors* (Official Form 206H)
- ❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❑ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  Combined Statement of Corporate Ownership and List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/28/2023          ✗  /s/ Michael T. Sicoli
             MM / DD / YYYY           Signature of individual signing on behalf of debtor

                                   Michael T. Sicoli
                                   Printed name

                                   Chief Executive Officer
                                   Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**